J-A07028-24

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| SARA M. BANGE | : | |
| | : | |
| Appellant | : | No. 1208 MDA 2023 |

Appeal from the Judgment of Sentence Entered July 25, 2023
In the Court of Common Pleas of Adams County Criminal Division at
No(s): CP-01-CR-0001405-2021

BEFORE: STABILE, J., SULLIVAN, J., and STEVENS, P.J.E.[*]

JUDGMENT ORDER BY SULLIVAN, J.: **FILED: MARCH 4, 2024**

Sonia Bange ("Bange") appeals from the judgment of sentence following revocation of her probation. We quash.

Given our disposition, we dispense with a detailed recitation of the facts. In June 2023, Bange committed violations of probation. On July 25, 2023, Bange pleaded no contest to the violations, and the court revoked her probation and imposed a term of two to twenty-three months of imprisonment. Bange filed a notice of appeal on August 25, 2023, the thirty-first day after her judgment of sentence.

A notice of appeal must be filed within thirty days of the entry of the order being appealed. *See* Pa.R.A.P. 903; ***Commonwealth v. Green***, 862 A.2d 613, 616 (Pa. Super. 2004) (*en banc*). This Court may not extend the

_____

[*] Former Justice specially assigned to the Superior Court.

time for filing a notice of appeal. ***See*** Pa.R.A.P. 105(b). Thus, Bange had until August 24, 2023, to file a timely notice of appeal. However, she filed the instant notice of appeal on August 25, 2023.

This Court issued a rule to show cause why the appeal should not be dismissed as untimely. ***See*** Order, 9/28/23. Bange's counsel filed an answer alleging an attempt to file a timely notice on appeal on August 24, 2023, and contact with the clerk of courts on August 25, 2023. ***See*** Answer to Rule to Show Cause, 10/10/23, at 3 (unnumbered). However, counsel has provided no evidence to support these assertions, despite our Order directing her to do so within seven days. ***See*** Order, 2/16/24. We are accordingly compelled to quash Bange's appeal as untimely filed. ***See*** Pa.R.A.P. 903; ***Green***, 862 A.2d at 616; Pa.R.A.P. 105(b).

Appeal quashed. Jurisdiction relinquished.

Judgment Entered.

Benjamin D. Kohler, Esq.
Prothonotary

Date: 03/04/2024